## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff,*

vs

    Case No.  21-20495
    Judge: Arthur J. Tarnow
    MJ: David R. Grand

**D-3: HASSAN SAMIR SAAD**,

    *Defendant.*

_____

## APPEARANCE OF COUNSEL

    NOW COMES attorney, Mitchell Ribitwer and hereby enters his appearance as counsel for D-3: Hassan Samir Saad in this matter.

        Respectfully submitted,

        /s/ Mitchell Ribitwer_____
        RIBITWER & SABBOTA, LLP
        26862 Woodward Avenue, Unit 200
        Royal Oak, Michigan 48067
        (248) 543-8000
        contact@ribitwersabbota.com
        P26054

DATED:  September 1, 2021

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2021, I electronically filed the foregoing documents with the Clerk of the Court using the ECF System, which will send notification of such filing to the Assistant United States Attorney.

/s/ Mitchell Ribitwer
Mitchell Ribitwer
wendy@ribitwersabbota.com